# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

---

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| In re: Mark F. White, and | : | |
| Nnika E. White, | : | Case No. 14-36232-KRH |
|       Debtors. | : | |
| ------------------------------------------X | : | A.P. 16-03111 |
| Judy A. Robbins, | : | |
| United States Trustee for Region Four, | : | |
|       Plaintiff, | : | |
| v. | : | |
| MARK F. WHITE, | : | |
| NNIKA E. WHITE, | : | |
|       Defendants | : | |

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Upon consideration of the Motion of the Defendants, Mark F. White and Nnika E. White, for an extension of time to file responsive pleadings, and the consent of the Plaintiff per the endorsement of her counsel below, it is hereby

ORDERED that the motion is GRANTED, and that Defendants shall have to and including July 18, 2016, to file responsive pleadings to the Complaint in this Adversary Proceeding.

Entered: Jul 1 2016

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor Nnika White

Entered on Docket: Jul 5 2016

We ask for this:


By: /s/ H. Darden Hutson
    H. Darden Hutson, Esquire (VSB No. 29069)
    Fresh Start Law Office PLLC
    4807 Hermitage Road #205
    Richmond VA 23227
    804-266-4680
    866 455 1349 fax
    Counsel for Mark White


By: /s/ Daniel M. Press
    Daniel M. Press, Esquire (VSB No. 37123)
    Chung & Press, P.C.
    6718 Whittier Ave., Suite 200
    McLean, VA 22101
    (703) 734-3800
    (703) 734-0590 fax
    Counsel for Nnika White


Seen and agreed:

By: /s/ Kenneth N. Whitehurst, III
    Kenneth N. Whitehurst, III, AUST, VSB No. 48919
    Office of the United States Trustee
    200 Granby Street Room 625
    Norfolk, VA 23510
    (757) 441-6012
    Counsel for Plaintiff